NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**BAYER SCHERING PHARMA AG AND BAYER HEALTHCARE PHARMACEUTICALS, INC.,**
*Plaintiffs-Appellants,*

v.

**LUPIN, LTD AND LUPIN PHARMACEUTICALS, INC.,**
*Defendants-Appellees.*

---

**BAYER SCHERING PHARMA AG AND BAYER HEALTHCARE PHARMACEUTICALS, INC.,**
*Plaintiffs-Appellants,*

v.

**SANDOZ, INC.,**
*Defendant-Appellee,*

AND

**WATSON PHARMACEUTICALS, INC. AND WATSON LABORATORIES, INC.,**
*Defendants-Appellees.*

---

2011-1143, -1228

---

Appeals from the United States District Court for the Southern District of New York in case nos. 10-CV-5423 and 08-CV-3710, Judge Paul G. Gardephe.

## ON MOTION

## ORDER

Lupin, Ltd. et al. move without opposition for a 25-day extension of time, until July 8, 2011, to file their brief.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

JUN 15 2011
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc: Peter V. Bensinger, Jr., Esq.
    Robert F. Green, Esq.
    Joseph A. Hynds, Esq.
    Mark T. Jansen, Esq.
    Christopher N. Sipes, Esq.

s20

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

JUN 15 2011

JAN HORBALY
CLERK